# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-431V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

KRISTINA RAAB *and* ROBERT RAAB, *on behalf of* J.R., *a minor*,

                Petitioners,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

                Respondent.

\*  December 16, 2016

\*  Joint Stipulation of Dismissal;
\*  Rule 21(a); No Judgment; Order
\*  Concluding Proceedings

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On December 15, 2016, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master